UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20515-CIV-KING/SIMONTON

JUAN CARLOS GIL,

    Plaintiff,

v.

POPEYES LOUISIANA KITCHEN, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Notice of Mutual Resolution (D.E. #9) filed March 28, 2017, in the above-styled case indicating that a settlement was reached between the parties. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1.    The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2.    All unresolved pending motions in this case are hereby DENIED as moot.

3.    The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 9th day of May, 2017.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record